| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | NOT FOR PUBLICATION |

UNITED STATES OF AMERICA,

                          Plaintiff,

- versus -

SANJAY ANANDANI, ROHIT ROHIT, and ANGEL ORTIZ,

                         Defendants.

ORDER

11-CR-763 (JG)

JOHN GLEESON, United States District Judge:

        Filmmaker Jon Whelan has renewed his request to film the proceedings in this case, and specifically requests permission to film the proceedings set for April 27, 2012, at 10:00 AM. I already granted his previous request to film proceedings in this case, and that prior order remains in force. Accordingly, Whelan is permitted to film the proceedings in this case set for April 27, 2012, at 10:00 AM. As before, he shall use a single camera from a fixed location and shall not cause a commotion.

        So ordered.

        John Gleeson, U.S.D.J.

Dated: April 18, 2012
       Brooklyn, New York