LAW OFFICE OF ALEX GROSSHTERN

225 Broadway, Suite 630
New York, New York 10007
Tel (212) 233-1300

Facsimile (212) 233-1333
email: AGLaw1@cs.com

_____

July 27, 2012

The Honorable John Gleeson
District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   United States of America v. Sanjay Anandani
      11CR763
      Modification of Bond Conditions (Business Travel)

Dear Judge Gleeson:

     As you are aware, Mr. Anandani has been released in the above referenced matter on a bond limiting his travels to the states of New York, Pennsylvania, New Jersey and Connecticut. At this time, Mr. Anandani requests that this Court permit him to travel for business purposes to a trade show in Las Vegas, Nevada departing on August 11 and returning August 14, 2012. If granted permission he will be departing from and returning to Newark Liberty Airport via United Airlines and he anticipates staying at the Ceasar's Palace Hotel located at 3570 Las Vegas Boulevard, Las Vegas, Nevada.

     I have informed Assistant United States Attorney Jason Gull of this request and there is no opposition. If there is any further information that the Court requires I can be contacted at the address or telephone number listed above. I thank you for your attention to this matter.

Very truly yours,

/s/Alex Grosshtern_____
Alex Grosshtern, Esq.
Attorney for Sanjay Anandani